UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:                                                 Case No. 8:11−bk−00075−CPM
                                                       Chapter 7

Tracy Lynn Zambrano−Alava
10269 Blossom Lake Dr.
Seminole, FL 33772−7448

          Debtor*             /

ORDER ON MOTION FOR RELIEF FROM STAY

    THIS CASE came on for consideration, without a hearing, upon the Motion to Lift Stay ("Motion") filed by U.S. Bank, N.A. in the above−captioned case. The Court considered the record and finds that a discharge has been entered and the Trustee has filed a report of no distribution. Therefore, it appears that it is no longer appropriate for this Court to act on the Motion. Pursuant to Section 362(c)(2)(C) of the Bankruptcy Code the Court notes that the automatic stay terminates as of the time that a case is discharged and the property is no longer property of the estate.

    **DONE** and **ORDERED** in Chambers at Tampa, Florida on April 13, 2011 .

*[signature: Catherine McEwen]*

———————————————————————
   Catherine Peek McEwen
   United States Bankruptcy Judge

   *All references to "Debtor" shall include and refer to both debtors in a case filed jointly by two individuals.